JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC PIERRE HALL,<br><br>    Petitioner,<br><br>vs.<br><br>J. NORWOOD, Warden,<br><br>    Respondent. | Case No. EDCV 08-255-AG (RNB)<br><br>**JUDGMENT** |

In accordance with the Order Re Summary Dismissal of Action Without Prejudice,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DATED: **MARCH 28, 2008**

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE